UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KHALEEM ASIATIC ALLAH, BEY, | : |
| Plaintiff, | : |
| v. | : Civil Action No.  2:15-cv-04540-PBT |
| BRETT A. ROBERTS; STEVEN M. JONES; KENNETH S. BOOTH, DOUGLASS W. BUSK; and CREDIT ACCEPTANCE CORPORATION, | : |
| Defendants. | : |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT CREDIT ACCEPTANCE CORPORATION**

Defendant Credit Acceptance Corporation ("Credit Acceptance") hereby makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

Credit Acceptance states that: (i) there is no parent corporation of Credit Acceptance; and (ii) there is no publicly held corporation that owns 10% or more of Credit Acceptance's stock.

*s/ Thomas M. Brodowski*
Eric M. Hurwitz, Esquire
Thomas M. Brodowski, Esquire
STRADLEY RONON STEVENS & YOUNG, LLP
LibertyView
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
(856) 321-2400

*Attorneys for Defendants,
Brett A. Roberts, Steven M. Jones,
Kenneth S. Booth, Douglas W. Busk, and
Credit Acceptance Corporation*

Dated: October 22, 2015

**CERTIFICATE OF SERVICE**

    I, Thomas M. Brodowski, hereby certify that on October 22, 2015, I filed the foregoing Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 with the Clerk of the Court using the ECF system.  I further certify that on this date, I caused a true and correct copy of the foregoing to be sent to the following via First Class United States Mail and electronic mail:

Khaleem Asiatic Allah-Bey
1438 South Vodges Street
Philadelphia, PA 19143
rssmithselfinc@rocketmail.com
*Plaintiff*

          *s/ Thomas M. Brodowski*_____
          Thomas M. Brodowski