BLD-390

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 16-1042

KHALEEM ASIATIC ALLAH-BEY,
　　　　　　　　　　　　　　　　　Appellant

v.

BRETT A. ROBERTS; STEVEN M. JONES; KENNETH S. BOOTH; DOUGLAS W. BUSK; CREDIT ACCEPTANCE CORPORATION

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2:15-cv-04540)
District Judge: Honorable Petrese B. Tucker

FILED
OCT 11 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

Submitted for Possible Dismissal for Jurisdictional Defect or Summary Action Under
Third Circuit LAR 27.4 and I.O.P. 10.6
August 25, 2016

Before: KRAUSE, SCIRICA, and FUENTES, Circuit Judges

**JUDGMENT**

　　This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted for possible dismissal due to jurisdictional defect or summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6, on August 25, 2016. On consideration whereof, it is now hereby

　　ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on December 3, 2015, be, and the same is, hereby summarily affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: September 16, 2016

Certified as a true copy and issued in lieu of a formal mandate on  10/11/2016 

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**